# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTINE STALLINGS | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-755 |
| | § | |
| OCWEN LOAN SERVICING LLC, ET AL. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Christine Stallings ("Plaintiff") and Defendants Ocwen Loan Servicing, LLC and Wells Fargo Bank, National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1, Mortgage Pass-Through Certificates, Series 2005-OPT1 (collectively, "Defendants") have announced to the court that all claims and causes of action asserted by Plaintiff against Defendants should be dismissed with prejudice. A Joint Motion for Entry of Agreed Order of Dismissal with Prejudice [de #27] (the "Joint Motion") has been signed by counsel for Plaintiffs and counsel for Defendants and filed with the court. Having considered the Joint Motion, the court concludes that it should be GRANTED.

**IT IS ORDERED** that all claims and causes of action that were asserted herein by Plaintiff against Defendants are in all respects dismissed with prejudice to the re-filing of same, with costs to be borne by the party incurring same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this the 25th day of September, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE